IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| v. | : | Criminal Action No. |
| CARDELL THOMAS, | : | 5:99-CR-72 (HL) |
| Defendant. | : | |

## ORDER

Before the Court is Defendant Cardell Thomas' ("Thomas") Motion for Reduction of Sentence Pursuant to U.S.S.G. 5G1.3(b) (Doc. 50). Thomas asks the Court to reduce his sentence because his federal and state sentences should run concurrently; therefore, he should receive credit on his federal sentence for the time he spent in state custody.

The Court believes that a response from the United States addressing Thomas' arguments is necessary. Accordingly, the United States is ordered to respond to Thomas' motion by July 12, 2010.

**SO ORDERED**, this the 29th day of June, 2010.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

lmc